IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW JOSEPH SHIELDS,<br><br>Defendant. | CR 22-56-M-DWM-1<br><br><br><br>ORDER |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. (Doc. 42.) Defendant Andrew Joseph Shields entered into a plea agreement that provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and 21 U.S.C. § 881.

Accordingly, IT IS ORDERED:

THAT the United States' motion (Doc. 42) is GRANTED;

1

THAT Defendant Shield's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853 and 881:

- $8,135.00 in U.S. Currency;
- Dodge Magnum 2005 VIN 2D8GZ58215H63820;
- Glock 22 with no serial number;
- Glock 43 with serial number BMRL480;
- BSA .308 Rifle with serial number 40032;
- Ruger .357 Revolver with no serial number; and
- various ammunition and magazines.

THAT the Department of Homeland Security, the United States Marshals Service, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C.

§ 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 3rd day of April, 2023.

_____
Donald W. Molloy, District Judge
United States District Court