IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 22-56-M-DWM-1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ANDREW JOSEPH SHIELDS, | |
| Defendant. | |

The United States' having filed an Unopposed Motion for Final Order of Forfeiture, (Doc. 49), the Court finds:

    1.    The United States commenced this action pursuant to 21 U.S.C. §§ 853, 881.

    2.    A preliminary order of forfeiture was entered on April 3, 2023. (Doc. 45.)

    3.    All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 48.)

    4.    It appears there is cause to issue a forfeiture order for the property listed within this Order under 21 U.S.C. §§ 853, 881.

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 49) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853, 881, free from the claims of any other party, the following property:

   (1) $8,135.00 in U.S. Currency;

   (2) Dodge Magnum 2005 VIN 2D8GZ58215H63820;

   (3) Glock 22 with no serial number;

   (4) Glock 43 with serial number BMRL480;

   (5) BSA .308 Rifle with serial number 40032;

   (6) Ruger .357 Revolver with no serial number; and

   (7) various ammunition and magazines.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 12th day of June, 2023.

Donald W. Molloy, District Judge
United States District Court